IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TRENTON REYNOLDS, | |
|---|---|
| Plaintiff, | 7:18CV3064 |
| vs. | |
| WESTERN SUGAR COOPERATIVE, | ORDER |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Michael B. Rosenthal as counsel of record on behalf of Defendant Western Sugar Cooperative, (Filing No. 27), is granted.

May 21, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge