IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRENTON REYNOLDS,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN SUGAR COOPERATIVE,<br><br>Defendant. | 7:18CV3064<br><br>ORDER |

Following the parties Joint Motion to Extend Pretrial Deadlines (Filing No. 43), the Amended Progression Order (Filing No. 37) is amended, as follows.

IT IS ORDERED:

1. The deadline for completing written discovery is April 4, 2019.

2. The deadline for identifying expert witnesses expected to testify at trial is March 11, 2019.

3. The deadline for Plaintiff's expert disclosures is April 1, 2019.

4. The deadline for Defendant's expert disclosures is May 20, 2019.

5. The deposition deadline is June 3, 2019.

6. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 3, 2019.

7. All other unexpired deadlines are unchanged.

Dated this 27th day of December, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge