IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRENTON REYNOLDS,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTERN SUGAR COOPERATIVE,<br><br>    Defendant. | 7:18CV3064<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that the final progression order is amended as follows:

1) The court's prior order, (Filing No. 65), is vacated.

2) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is May 10, 2019.

   Motions to compel discovery under Rules 33, 34, and 36 must be filed by May 24, 2019.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline is July 15, 2019.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 22, 2019.

May 3, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge