IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRENTON REYNOLDS,<br><br>                Plaintiff,<br><br>vs.<br><br>WESTERN SUGAR COOPERATIVE,<br><br>                Defendant. | **7:18CV3064**<br><br>**ORDER** |

      This matter was scheduled to be tried in August of 2019. A full-day settlement conference was held before the undersigned magistrate judge on June 13, 2019. The case did not settle, and at that time (and during conversations with the undersigned magistrate judge thereafter), the parties stated they were ready for trial.

      However, at the court's request, the trial was continued from August 2019 to February 4, 2020. The case will be tried in the Dawson County Courthouse, Lexington, Nebraska.

      The court will soon be expending significant resources to prepare for this trial, including summoning jurors and sending IT, Clerk's Office, and chambers personnel to the Dawson County courthouse to make initial preparations for re-constructing a functional federal forum in a state courtroom.

      Before incurring these costs, the court reached out to the parties for some assurance that those expenditures are necessary. The parties responded:

> [W]e are working towards a resolution in this matter. That being said, counsel agree that we cannot guarantee this matter will settle, and

while trying to settle the matter, we are also preparing for trial. Should the matter settle, the parties will immediately let the court know.

Under the circumstances presented and outlined above, the court believes the parties are currently able to decide whether this case will be settled.

Accordingly,

IT IS ORDERED:

1) On or before 5:00 p.m. on December 12, 2019, the parties shall advise this court as to whether the case is settled.

2) If advised on December 12, 2019 that the case is not settled and the parties settle thereafter, the court will assess against the parties all costs it incurs in preparing for the scheduled trial of this case in Lexington, Nebraska.

November 25, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge